UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

DAVID FRANCO,
    Plaintiff,

vs.

KYTEL INTERNATIONAL GROUP, INC.,
GREGORY KILEY, EDWARD KILEY and
DON BOSCO,
    Defendants.

CIVIL ACTION No.
04-CV-12159-GAO

## DEFENDANTS' ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER, RESPOND TO OR OTHERWISE DEFEND AGAINST PLAINTIFF'S COMPLAINT

Defendants, with the assent of the Plaintiff, move this Court to extend the time during which they may file their Answer or otherwise defend against the Plaintiff's Complaint until Friday, November 12th, 2004.

KYTEL INTERNAT'L GROUP, INC., et al.,
By their Attorneys,
SASSOON & CYMROT LLP

_____
Gustavo A. del Puerto (BBO #568056)
84 State Street, Suite 600
Boston, MA 02109
617-720-0099

DAVID FRANCO,
by his Attorney,

_____
Lawrence E. Desilets (BBO #121380)
Liberty Plaza
61 Nichols Road, Suite B5
Framingham, MA 01701
508-788-8500

Dated: 11/4/04