UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

DAVID FRANCO,
    Plaintiff,

vs.

KYTEL INTERNATIONAL GROUP, INC.,
GREGORY KILEY, EDWARD KILEY and
DON BOSCO,
    Defendants.

CIVIL ACTION No.
04-CV-12159-GAO

**DEFENDANTS' ASSENTED-TO MOTION
FURTHER TO EXTEND TIME TO ANSWER, RESPOND TO
OR OTHERWISE DEFEND AGAINST PLAINTIFF'S COMPLAINT**

Defendants, with the assent of the Plaintiff, move this Court further to extend the time during which they may file their Answer or otherwise defend against the Plaintiff's Complaint until Friday, November 19th, 2004.

| | |
|---|---|
| KYTEL INTERNAT'L GROUP, INC., et al.,<br>By their Attorneys,<br>SASSOON & CYMROT LLP<br><br>_____<br>Gustavo A. del Puerto (BBO #568056)<br>84 State Street, Suite 600<br>Boston, MA 02109<br>617-720-0099 | DAVID FRANCO,<br>by his Attorney,<br><br><br><br>_____<br>Lawrence E. Desilets (BBO #121380)<br>Liberty Plaza<br>61 Nichols Road, Suite B5<br>Framingham, MA 01701<br>508-788-8500 |

Dated: 11/12/04

## CERTIFICATE OF SERVICE

I hereby certify that I have served on this date a true copy of this Defendants' Assented-To Motion Further To Extend Time To Answer, Respond To Or Otherwise Defend Against Plaintiff's Complaint by mailing via first class mail, postage prepaid, to counsel for the Plaintiff, Lawrence E. Desilets, Esq., Liberty Plaza, 61 Nichols Road, Suite B5, Framingham, MA 01701.

_____
Gustavo A. del Puerto

Dated: 11/12/04