UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
--------------------------------------------------------x
DAVID FRANCO,

                              Plaintiff,         **AFFIDAVIT OF**
   against-                                      **EDWARD KILEY**
                                                **IN SUPPORT OF**
KYTEL INTERNATIONAL GROUP, INC.,     **DEFENDANTS'**
GREGORY KILEY, EDWARD KILEY and     **MOTION TO DISMISS**
DON BOSCO,

                              Defendants.
--------------------------------------------------------x

STATE OF NEW YORK  )
                            ) ss.:
COUNTY OF NEW YORK )

       **EDWARD KILEY**, being duly sworn, says:

       1.    I am a defendant in this action. I make this affirmation in support of defendants' motion to dismiss.

       2.    I am Chief Financial Officer of Kytel International Group, Inc. ("Kytel"). Although I have been named as a defendant in this action, I have never been personally served with the summons and complaint, nor have I authorized anyone to accept service on my behalf.

       3.    Also, I have never traveled to Massachusetts in connection with my employment with Kytel.

       4.    Furthermore, I personally do not do or solicit business in Massachusetts, nor do I derive revenue from business conducted or services provided there. I do not possess, use, or have an interest in any real property located in Massachusetts.

5. I have never contracted to insure any person, property, or risk in Massachusetts, nor have I maintained a domicile in Massachusetts.

6. I have never been subject to personal jurisdiction in a Massachusetts court in any proceeding.

Sworn to before me this
12 day of November 2004

*/s/ Michelle Calarco*
NOTARY PUBLIC

MICHELLE CALARCO
Notary Public, State of New York
No. 01CA6055284
Qualified in Suffolk County
Commission Expires Febuary 20, 2005

*/s/ Edward Kiley*
EDWARD KILEY

2