UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------x
DAVID FRANCO,

                            Plaintiff,

    against-

KYTEL INTERNATIONAL GROUP, INC.,
GREGORY KILEY, EDWARD KILEY and
DON BOSCO,

                          Defendants.
-------------------------------------------------------------x

**AFFIDAVIT OF DON BOSCO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

04-12154-GAO

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK )

DON BOSCO, being duly sworn, says:

1. I am a defendant in this action. I make this affirmation in support of defendants' motion to dismiss.

2. I am Secretary of Kytel International Group, Inc. ("Kytel"). Although I have been named as a defendant in this action, I have never been personally served with the summons and complaint, nor have I authorized anyone to accept service on my behalf.

3. Also, I have never traveled to Massachusetts in connection with my employment with Kytel.

5. Furthermore, I personally do not do or solicit business in Massachusetts, nor do I derive revenue from goods used or consumed or services rendered there.

6. I do not possess, use, or have an interest in any real property located in Massachusetts.

2

7.  I have never contracted to insure any person, property, or risk in Massachusetts, nor have I maintained a domicile in Massachusetts.

8.  I have never been subject to personal jurisdiction in a Massachusetts court in any proceeding which has resulted in an order of alimony, custody, child support or property settlement.

Sworn to before me this
12 day of November 2004

_____
NOTARY PUBLIC

_____
DON BOSCO

MICHELLE CALARCO
Notary Public, State of New York
No. 01CA6055284
Qualified in Suffolk County
Commission Expires Febuary 20, 2003

2