UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

DAVID FRANCO,
    Plaintiff,

vs.

KYTEL INTERNATIONAL GROUP, INC.,
GREGORY KILEY, EDWARD KILEY and
DON BOSCO,
    Defendants.

CIVIL ACTION No.
04-CV-12159-GAO

## STATEMENT UNDER LOCAL RULE 7.1(A)(2)

Counsel for defendants Kytel International Group, Inc., Gregory Kiley, Edward Kiley and Don Bosco ("Defendants") hereby certifies that counsel have conferred regarding the Motion to Admit Matthew E. Hoffman *Pro Hac Vice*, and that plaintiff's counsel expressed that he had no opposition to said Motion.

KYTEL INTERNATIONAL GROUP, INC.
GREGORY KILEY, EDWARD KILEY and
DON BOSCO,

By Their Attorneys,

William R. Moriarty (BBO#563769)
Gustavo del Puerto (BBO#568056)
SASSOON & CYMROT, LLP
84 State Street, Suite 600
Boston, MA 02109
(617) 720-0099

Dated: November 19, 2004

## CERTIFICATE OF SERVICE

     I hereby certify that I have served on this date a true copy of this Statement Under Local Rule 7.1(A)(2) by mailing via first class mail, postage prepaid, to counsel for the Plaintiff, Lawrence E. Desilets, Esq., Liberty Plaza, 61 Nichols Road, Suite B5, Framingham, MA 01701.

_____
Gustavo A. del Puerto

Dated: 11/19/04