UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| DAVID FRANCO,<br>    Plaintiff,<br><br>vs.<br><br>KYTEL INTERNATIONAL GROUP, INC.,<br>GREGORY KILEY, EDWARD KILEY and<br>DON BOSCO,<br>    Defendants. | CIVIL ACTION No.<br>04-CV-12159-GAO |

## STATEMENT UNDER FED. R. CIV. P. 7.1(a)

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Kytel International Group, Inc. (a private non-governmental party), certifies that there is no parent corporation or publicly held corporation that owns 10% or more stock in Kytel International Group, Inc.

                                                KYTEL INTERNATIONAL GROUP, INC.
                                                GREGORY KILEY, EDWARD KILEY and
                                                DON BOSCO,

                                                By Their Attorneys,

                                                /s/ William R. Moriarty
                                                William R. Moriarty (BBO#563769)
                                                Gustavo del Puerto (BBO#568056)
                                                SASSOON & CYMROT, LLP
                                                84 State Street, Suite 600
                                                Boston, MA 02109
                                                (617) 720-0099

Dated: November 19, 2004

## CERTIFICATE OF SERVICE

I hereby certify that I have served on this date a true copy of this Statement Under Fed. R. Civ. P. 7.1(a) by mailing via first class mail, postage prepaid, to counsel for the Plaintiff, Lawrence E. Desilets, Esq., Liberty Plaza, 61 Nichols Road, Suite B5, Framingham, MA 01701.

_____
Gustavo A. del Puerto

Dated: 11/19/04