UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| DAVID FRANCO,<br><br>Plaintiff,<br><br>vs.<br><br>KYTEL INTERNATIONAL GROUP, INC.,<br>GREGORY KILEY, EDWARD KILEY and<br>DON BOSCO,<br><br>Defendants. | CIVIL ACTION No.<br>04-CV-12159-GAO |

## MOTION TO ADMIT MATHEW E. HOFFMAN *PRO HAC VICE*

NOW COME the defendants, by their counsel, and request that this Court permit the admission of Attorney Mathew E. Hoffman, TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C., 425 Park Avenue, New York City, NY 10022 to the bar of this Court, *pro hac vice*. In support of this motion, defendants state the following:

1. Attorney Hoffman has extensive litigation experience. He has been involved, either as counsel for a party or as a consultant, in over 100 cases involving complex litigation such as the case at bar.

2. Attorney Hoffman has a long-standing relationship with the defendants and has representing them for the past 4 years in general matters. Defendants desire Attorney Hoffman to represent them in this action, with undersigned counsel serving as local counsel.

3. Under the circumstances, Attorney Hoffman is very familiar with the facts, the allegations and the parties in this case.

191033

4. Attorney Hoffman has never been admitted to practice on a *pro hac vice* basis in this court or in any state court in the Commonwealth of Massachusetts.

5. Attorney Hoffman is admitted to practice in the following courts, and he is in good standing in every jurisdiction in which he is admitted to practice:

   (a) 1978 – New York State;

   (b) 1978 - U.S. District Court, Southern District of New York;

   (c) 1979 - U.S. District Court, Eastern District of New York;

   (d) 1983 – U.S. Court of Appeals, Second Circuit;

   (e) 1993 – U.S. Court of Appeals, Seventh Circuit;

   (f) 2002 – U.S. District Court, Western District of Michigan;

   (g) 2004 – U.S. Court of Appeals, 11th Circuit

6. Attorney Hoffman will be in consultation with, and have his co-counsel, who is a member in good standing of the bar of the trial courts of the Commonwealth, throughout this matter and any related matters.

7. In further support of this motion, the Affirmation of Mathew E. Hoffman, Esquire, is attached hereto.

191033

WHEREFORE, defendant request that Mathew E. Hoffman be admitted to the bar of this Court, *pro hac vice.*

          KYTEL INTERNATIONAL GROUP, INC., et al.,
          By their Attorneys,
          SASSOON & CYMROT LLP

          _____
          William R. Moriarty (BBO #563769)
          Gustavo A. del Puerto (BBO #568056)
          84 State Street, Suite 600
          Boston, MA 02109
          617-720-0099

Dated: November 19, 2004

191033

## CERTIFICATE OF SERVICE

I hereby certify that I have served on this date a true copy of this Motion to Admit Mathew E. Hoffman *Pro Hac Vice*, together with the accompanying Affidavit of Mathew E. Hoffman, Esquire, by mailing via first class mail, postage prepaid, to counsel for the Plaintiff, Lawrence E. Desilets, Esq., Liberty Plaza, 61 Nichols Road, Suite B5, Framingham, MA 01701.

_____
Gustavo A. del Puerto

Dated: 11/19/04

191033