UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

DAVID FRANCO,
    Plaintiff,

vs.

KYTEL INTERNATIONAL GROUP, INC.,
GREGORY KILEY, EDWARD KILEY and
DON BOSCO,
    Defendants.

CIVIL ACTION No.
04-CV-12159-GAO

## AFFIRMATION OF MATHEW E. HOFFMAN, ESQUIRE

I, Mathew E. Hoffman, do hereby state the following under penalty of perjury:

1. I am over the age of eighteen (18) and I am competent to be a witness and I have personal knowledge of the facts and matters stated in this Affidavit.

2. I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice, namely:

    (a) 1978 – New York State;

    (b) 1978 - U.S. District Court; Southern District of New York;

    (c) 1979 - U.S. District Court, Eastern District of New York;

    (d) 1983 – U.S. Court of Appeals, Second Circuit;

    (e) 1993 – U.S. Court of Appeals, Seventh Circuit;

    (f) 2002 – U.S. District Court, Western District of Michigan;

    (g) 2004 – U.S. Court of Appeals, 11th Circuit

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction where I have been admitted to practice or in any other jurisdiction.

#: 191039

4. I am familiar with the Federal Rules of Civil Procedure and with the Local Rules of the United States District Court for the District of Massachusetts.

5. I have never sought *pro hac vice* admission to the United States District Court for the District of Massachusetts and do so now so that I may continue to represent the defendants, who are all New York domiciliaries and whom I have represented for the past 4 years.

I SOLEMNLY AFFIRM under the penalties of perjury and upon personal knowledge that the contents of the foregoing are true.

November 17, 2004
Date

Mathew E. Hoffman, Esquire

#: 191039