SCANNED
DATE: 11-22-04
BY: Gub

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| DAVID FRANCO,<br>　　　Plaintiff,<br><br>vs.<br><br>KYTEL INTERNATIONAL GROUP, INC.,<br>GREGORY KILEY, EDWARD KILEY and<br>DON BOSCO,<br>　　　Defendants. | CIVIL ACTION No.<br>04-CV-12159-GAO |

## STATEMENT UNDER LOCAL RULE 7.1(A)(2)

Counsel for defendants Kytel International Group, Inc., Gregory Kiley, Edward Kiley and Don Bosco ("Defendants") hereby certifies that counsel have conferred regarding the Motion to Admit Matthew E. Hoffman *Pro Hac Vice*, and that plaintiff's counsel expressed that he had no opposition to said Motion.

　　　　　　　　　　　　　　　KYTEL INTERNATIONAL GROUP, INC.
　　　　　　　　　　　　　　　GREGORY KILEY, EDWARD KILEY and
　　　　　　　　　　　　　　　DON BOSCO,

　　　　　　　　　　　　　　　By Their Attorneys,

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　William R. Moriarty (BBO#563769)
　　　　　　　　　　　　　　　Gustavo del Puerto (BBO#568056)
　　　　　　　　　　　　　　　SASSOON & CYMROT, LLP
　　　　　　　　　　　　　　　84 State Street, Suite 600
　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　(617) 720-0099

Dated: November 19, 2004

## CERTIFICATE OF SERVICE

    I hereby certify that I have served on this date a true copy of this Statement Under Local Rule 7.1(A)(2) by mailing via first class mail, postage prepaid, to counsel for the Plaintiff, Lawrence E. Desilets, Esq., Liberty Plaza, 61 Nichols Road, Suite B5, Framingham, MA 01701.

Gustavo A. del Puerto

Dated: 11/19/04