UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| DAVID FRANCO,<br>                 Plaintiff<br><br>v.<br><br>KYTEL INTERNATIONAL GROUP, INC.,<br>GREGORY KILEY, EDWARD KILEY and<br>DON M. BOSCO,<br>                 Defendants. | CIVIL ACTION No.<br>04-CV-12159-GAO<br><u>CLAIM OF TRIAL BY JURY</u> |

**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME FOR RESPONSE**

The parties in the above entitled action hereby stipulate that the time for the filing of Plaintiff's response to Defendants' Motions to Dismiss be extended up to and including December 10, 2004.

_____
Lawrence E. Desilets, Esq. (BBO # 121380)
Attorney for Plaintiff
61 Nicholas Road, Suite B5
Framingham, MA 01701
508-788-8500

_____
Matthew E. Hoffman, Esq.
Todtman, Nachamie, Spizz & Johns, P.C.
Attorney for Defendants
425 Park Avenue
New York, New York 10022

_____
William R. Moriarty, Esq. (BBO#563769)
Sassoon & Cymrot
Attorney for Defendants
84 State Street
Boston, MA 02109
617-720-0099

Dated:  November 30, 2004  .

## CERTIFICATE OF SERVICE

I hereby certify that I have served on this date a true copy of the foregoing Plaintiff's Assented To Motion To Extend Time For Response by mailing a letter first-class mail, postage prepaid to counsel for Defendants, Matthew E. Hoffman, Esq. of Todtman, Nachamie, Spizz & Johns, P.C. at 425 Park Avenue, New York, New York 10022 and William R. Moriarty, Esq. of Sassoon & Cymrot at 84 State Street, Boston, MA 02109, this 30th day of November, 2004.

_____
Lawrence E. Desilets