UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| DAVID FRANCO,<br>Plaintiff,<br><br>vs.<br><br>KYTEL INTERNATIONAL GROUP, INC.,<br>GREGORY KILEY, EDWARD KILEY and<br>DON BOSCO,<br>Defendants. | CIVIL ACTION No.<br>04-CV-12159-GAO |

### DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

Defendants move this Court under Local Rule 7.1 for leave to file a short memorandum in reply to Plaintiff's Memorandum of Law and Opposition to the Defendants' Motion to Dismiss. As reasons, the Defendants state that it is in the interest of the court to allow them to clarify and respond to certain issues raised in Plaintiff's Opposition; that Plaintiff has expressed no opposition to Defendant's request for leave to file a reply memorandum; and that granting leave as requested will not result in delay or prejudice to either party or to the court. Counsel for the Plaintiff has assented to this Motion.

KYTEL INTERNAT'L GROUP, INC., et al.,
By their Attorneys,
SASSOON & CYMROT LLP

_/s/_

Gustavo A. del Puerto (BBO #568056)
84 State Street, Suite 600
Boston, MA 02109
617-720-0099

DAVID FRANCO
By his Attorney,

_/s/ ged_

Lawrence E. Desilets (BBO #121380)
Liberty Plaza
61 Nichols Road, Suite B5
Framingham, MA 01701
508-788-8500

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
*Of Counsel* to Attorneys for Defendants

/s/ gdp
_____
Matthew E. Hoffman
425 Park Avenue
New York, New York 10022
212-754-9400

Dated: 1/3/05

## CERTIFICATE OF SERVICE

I hereby certify that I have served on this date a true copy of this Defendants' Motion For Leave To File A Reply Memorandum by mailing via first class mail, postage prepaid, to counsel for the Plaintiff, Lawrence E. Desilets, Esq., Liberty Plaza, 61 Nichols Road, Suite B5, Framingham, MA 01701.

Dated: 1/3/05

_____
Gustavo A. del Puerto

2